

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00216-CV

**RICHTERS RESTAURANT, LLC** and Keith Richter,
Appellants

v.

Charles **BOEMECKE** dba Delta Properties,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00826
Honorable Gloria Saldaña, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs are assessed against the party that incurred them.

SIGNED August 7, 2013.

Sandee Bryan Marion, Justice